1698

 Ronald Evangelista et al., Respondents, v City of Rochester et al., Appellants. [955 NYS2d 794]

Present—Smith, J.P., Peradotto, Lindley and Sconiers, JJ.

 Mark Hess and Gail Hess, Individually and as Parents and Natural Guardians of Marilyn Hess, an Infant, Appellants, v Gary Nelson et al., Respondents. [955 NYS2d 794]

Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

 Matter of Willie R. Felton, for Reinstatement to the Practice of Law. [955 NYS2d 778] Memorandum: Petitioner has failed to sustain his burden of demonstrating by clear and convincing evidence that he has complied with the order of disbarment, that he has the requisite character and fitness to practice law or that it would be in the public interest to reinstate him. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Dec. 5, 2012.)

 The People of the State of New York, Respondent, v Marcus Mosby, Appellant. [957 NYS2d 262] Present—Centra, J.P., Fahey, Peradotto, Carni and Whalen, JJ.

 The People of the State of New York, Respondent, v Franklin B. Brown, Appellant. [957 NYS2d 261] Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.

 The People of the State of New York, Respondent, v Richard Wallace, Appellant. [957 NYS2d 262] Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.